UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jane Doe 1, Jane Doe 2, and John Doe, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Aetna, Inc.,<br><br>　　　　　　Defendant. | Case No. 3:17-cv-01751<br><br>Judge: Hon. Michael P. Shea |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe 1, Jane Doe 2, and John Doe hereby voluntarily dismiss this action as to all claims without prejudice. Defendant has not served an answer or a motion for summary judgment. The classes proposed in the complaint have not been certified.

Dated: December 18, 2017

　　　　　　　　　　　　　　　　　　GLANCY PRONGAY & MURRAY LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Brian P. Murray (CT 25372)
　　　　　　　　　　　　　　　　　　230 Park Avenue, Suite 530
　　　　　　　　　　　　　　　　　　New York, NY 10169
　　　　　　　　　　　　　　　　　　Telephone: (212) 682-5340
　　　　　　　　　　　　　　　　　　bmurray@glancylaw.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*